1020

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL ROBERTSON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 78–1–00043–1, John E. Rutter, Jr., J., entered August 28, 1978. *Reversed* and *remanded* by unpublished opinion per Williams, J., concurred in by Callow, C.J., and Andersen, J.

*In the Matter of the Custody of* TAWANDALAIA MINETO WYNONA SEAWELL, ET AL.

Appeal from a judgment of the Superior Court for King County, No. D–63197, William C. Goodloe, J., entered October 9, 1978. *Affirmed* by unpublished opinion per Williams, J., concurred in by Dore and Ringold, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. ALBERT MARK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86296, H. Joseph Coleman, J., entered September 29, 1978. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Swanson and Williams, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. ARTHUR M. O'BRIEN, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 3571, Walter J. Deierlein, Jr., J., entered October 19, 1978. *Affirmed* by unpublished per curiam opinion.